NATHAN W. LEACH, Appellant, *v.* PATRICK ANDERSON, Respondent.

(Argued May 6, 1881 ; decided May 13, 1881.)

*Nathaniel C. Moak* for appellant.

*Jacob A. Gross* for respondent.

Agree to affirm without opinion.

All concur.

Order affirmed, and judgment absolute against appellant on stipulation.